IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL N0: 11-40029 |
| ) | **MINUTES OF COURT** |
| Plaintiff, ) | |
| ) | |
| vs. ) | DATE: 6/7/2011 |
| EDDIE O. ALLEN, ) | |
| Defendant(s). ) | |

PRESENT:   J. PHIL GILBERT, DISTRICT JUDGE

DEPUTY CLERK: K. Jane Reynolds      COURT REPORTER: N/A

COUNSEL FOR PLAINTIFF(S) N/A

COUNSEL FOR DEFENDANT(S): N/A

MINUTE ORDER IN CHAMBERS: (X )

PROCEEDINGS:

TIME:

  This matter is before the court for purposes of case management and calendar control.

  It is hereby ORDERED that this matter is STRICKEN from the change of plea hearing on 6/9/2011 and set for final pre-trial on 6/30/2011 at 9:30 a.m. with a jury trial setting of 7/11/2011 at 9:00 a.m. in Benton, IL.

NANCY ROSENSTENGEL,  CLERK

By: s/ K. Jane Reynolds
Deputy Clerk